MARGARET L. TIERNAN vs. CHARLES M. TIERNAN (and a companion case). April 17, 1980. 1. The judge did not commit an error of law in accepting the court-appointed investigator's valuation of the corporate stock of the package store. See *Assessors of Quincy* v. *Boston Consol. Gas Co.*, 309 Mass. 60, 72 (1941); *Piemonte* v. *New Boston Garden Corp.*, 377 Mass. 719, 731-732 (1979); *Whaler Motor Inn, Inc.* v. *Parsons*, 3 Mass. App. Ct. 662, 675-676 (1975), *S.C.*, 372 Mass. 620 (1977), *S.C.*, sub nom. *Whaler Motor Inn, Inc.* v. *Freedman, ante* 884 (1980). The judge's finding of the fair market value of the marital home was supported by evi-

dence and cannot be pronounced "clearly erroneous" within the meaning of Mass.R.Dom.Rel.P. 52(a) (1975). See *First Natl. Bank* v. *Brink*, 372 Mass. 257, 263-264, 266 (1977). 2. A careful review of the judge's findings and awards in the light of the evidence reproduced in the appendix and the various factors listed in G. L. c. 208, § 34 (as appearing in St. 1977, c. 467), leads to the conclusion that there was no abuse of the broad discretion committed to the judge under § 34. See *Bianco* v. *Bianco*, 371 Mass. 420, 423 (1976); *Rice* v. *Rice*, 372 Mass. 398, 400, 401, 402 (1977); *Putnam* v. *Putnam*, 5 Mass. App. Ct. 10, 15, 17 (1977), *S.C.*, 7 Mass. App. Ct. 672 (1979); *Langerman* v. *Langerman, ante* 495 (1980). 3. No question touching the validity of the order entered on November 2, 1979, was raised by either of the notices of appeal filed on June 5, 1979, which were directed solely to the judgments which had previously been entered on May 4, 1979. Compare *Synthetic Materials Corp.* v. *Maciel*, 8 Mass. App. Ct. 943, 944-945 (1979). Paragraph 10 of both amended judgments is to be modified so as to give the husband appropriate credit for each of the monthly mortgage payments he may have made in accordance with the order of November 2, 1979, together with interest on each such payment from the date of the same at the rate of twelve per cent per annum, and, as so modified, both judgments are affirmed, with double costs. G. L. c. 211A, § 15. Mass.R.A.P. 25, as amended effective January 15, 1979, 376 Mass. 949.

*So ordered.*

*Paul P. Caradonna* for Margaret L. Tiernan.
*David M. Wright* for Charles M. Tiernan.